UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Anthony L. Fletcher,
PLAINTIFF,

v.

Randolff County Sheriff
Jarod Peters, ET. AL.
DEFENDANTS.

CASE NO.
23-CV-1054

COURT NOTICE
AND REQUEST FOR STATUS
AND DOCKET SHEET

Now Comes Plaintiff, IN THE PROPER PERSON OF Anthony L. Fletcher, and HEREBY GIVE NOTICE TO THE COURT and all RELEVENT PARTIES IN THIS Cause OF THE Following:

1) IN OR ABOUT March 2024 Plaintiff Filed a 'formal OBJECTION' and MOTION TO RECONSIDER THE COURTS 1/2024 [DENIEl] OF Plaintiff's MOTION FOR TRANSFER OF PROPERTY. (DKT.# )

2) FROM 1/2024 -TO-DATE (DUE TO Plaintiff's 4/8/2024 TRANSFER) Plaintiff Has [NOT] RECEIVED THIS COURT'S RULING ON Said Formal OBJECTION and MOTION TO RECONSIDER PLEADING.

3) IN OR ABOUT March 2024 Plaintiff [Also] Filed a FIRST REQUEST FOR DISCOVERY Disclosure pleading

WITH THIS COURT WITH SUPPORTING AFFIDAVIT AND CERTIFICATE OF SERVICE; TO BE SERVED ON THE DEFENDANTS IN THIS CAUSE, BECAUSE F.C.I. GILMER OFFICIALS [FAILED] TO PROVIDE PLAINTIFF LEGAL COPIES OR LAW LIBRARY SERVICE TO REASONABLY ACCESS THE COURT IN THIS CIVIL RIGHTS ACTION NOW BEFORE THE COURT.

4) ON 4/8/2024 PLAINTIFF WAS TRANSFERED TO OAKLAHOMA CITY TRANSFER CENTER IN OAKLAHOMA CITY OAKLAHOMA FROM F.C.I. GILMER, W.V.

5) ON 4/8/2024 PLAINTIFF FILED A [TIMELY] 'COURT NOTICE' OF A [CHANGE] OF ADDRESS THROUGH THE UNITED STATES MAIL SERVICE AT OAKLAHOMA TRANSFER CENTER, POSTAGE PREPAID AND AFFIXED THERETO, TO THIS COURT AND ALL RELEVENT PARTIES IN THIS CAUSE; AND REQUESTED THE COURT AND DEFENDANT FOREWARD [ALL] FURTHER RELEVENT PLEADINGS, REPLIES, RESPONSES, AND DOCUMENTS TO THE PLAINTIFF AT FEDERAL CORRECTIONAL INSTITUTION AT WILLIAMSBURG, SOUTH CAROLINA : P.O. BOX 380, SALTERS, S.C. 29590.

6) ON 4/15/2024 PLAINTIFF WAS TRANSFERED FROM OAKLAHOMA CITY TRANSFER CENTER TO F.C.I. WILLIAMSBURG, SOUTH CAROLINA, LOCATED AT P.O. BOX 380, SALTERS, S.C. 29590.

7) FROM MARCH 2024-TO-DATE DEFENDANTS HAVE [NOT] RESPONDED TO THE PLAINTIFF'S FIRST MOTION FOR DISCOVERY DISCLOSURES ACCORDING THE DISCOVERY PLEADING REQUEST OF THE PLAINTIFF.

WHEREFORE, FOR THE AFORESAID REASONS PLAINTIFF HEREBY REQUEST:

1) A STATUS REPORT OF THIS CASE FROM THE COURT IN THIS CAUSE;

2) A FULL CURRENT DOCKET SHEET OF CASE NO. 23-CV-1054 IN THIS CAUSE OF CIVIL RIGHTS ACTION;

3) A PROPER AND [TIMELY] RESPONSE, BY THE DEFENDANTS, TO PLAINTIFF'S DISCOVERY DISCLOSURE REQUEST FOR DOCUMENT ANT TANGIBLE ITEMS AS STATED ABOVE FROM THE DEFENDANTS IN THIS CAUSE.

PLEASE BE ADVISED



_____/____/2024        PLAINTIFF
     D

3

# A F F I D A V I T

PURSUANT TO 28 USC, SECTION 1746, UNDER PENALTIES AS PRESCRIBED BY LAW, PLAINTIFF HEREBY CERTIFIES THAT THE INFORMATION CONTAINED IN THE FOREGOING: COURT NOTICE AND REQUEST FOR STATUS, DOCKET SHEET AND DEFENDANTS DISCOVERY DISCLOSURE RESPONSE, IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

4/27/2024
DATE

PLAINTIFF

## CERTIFICATE OF SERVICE

PURSUANT TO 28 USC, SECTION 1746, UNDER PENALTIES AS PRESCRIBED BY LAW, PLAINTIFF HEREBY CERTIFIES THAT HE HAS SERVED THE FOREGOING: COURT NOTICE... TO [ALL] RELEVENT PARTIES IN THIS CAUSE OF CIVIL RIGHTS ACT: BY PLACING THE SAME IN A SEALED ENVELOPE, POSTAGE PREPAID AND AFFIXED THERETO, IN THE UNITED STATES MAIL SERVICE AT F.C.I. WILLIAMSBURG, SOUTH CAROLINA, SALTERS, S.C. 29590 AND FOREWARD THE SAME TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS LOCATED AT 750 MISSOURI AVENUE, EAST ST. LOUIS, ILLINOIS 62201 ON 4/27/2024.

4/27/2024
DATE

PLAINTIFF

Anthony L. Fletcher
#13596026
P.O. Box 360
Salters, S.C. 29590

COLUMBIA SC  290

30 APR 2024   PM 3  L

FOREVER / USA

PRIVILEGED
Legal Mail
DATE Mailed:
4/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MAIL CLEARED
US MARSHALS

750 MISSOURI AVE.,
EAST ST. LOUIS, ILLINOIS
62201

62201-295429



RECEIVED
MAY 0 6 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST.LOUIS OFFICE